IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROY WOODWORTH, ) | |
| ) | |
| Plaintiff, ) | Case No. CV07-520-S-EJL |
| ) | |
| vs. ) | ORDER ADOPTING REPORT |
| ) | AND RECOMMENDATION |
| ) | |
| SUBPRIME LENDERS, INC., et al, ) | |
| ) | |
| Defendants. ) | |

On May 20, 2008, United States Magistrate Judge Larry M. Boyle issued an Amended Report and Recommendation (Docket No. 17) recommending the District Court enter an order quashing Plaintiff's service efforts upon Movant; conditionally denying Movant's Motion to Dismiss (Docket No. 12); and directing Plaintiff to properly accomplish service on or before June 13, 2008.

Pursuant to 28 U.S.C. § 636(b)(1), the parties had ten (10) days in which to file written objections to the Report and Recommendation, however neither party has objected to the recommendation made by Judge Boyle. Exercising de novo review of the matter, this Court may accept, reject or modify, in whole or in part, the findings and recommendations made by the magistrate judge. Id.

Because this Court finds the Report and Recommendation of Judge Boyle to be well founded in law and supported by the record, the Court hereby accepts in its entirety, and adopts as its own, the findings made by Judge Boyle. Acting on the recommendation of Judge Boyle, and this Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the Amended Report and Recommendation (Docket No.17) by Judge Boyle should be, and is hereby, **INCORPORATED** by reference and **ADOPTED** in its entirety.

ORDER - Page 1

**IT IS FURTHER ORDERED** that Plaintiff's service efforts upon Movant, prior to the entry of this order, are **QUASHED**; and that Plaintiff shall properly accomplish service on or before June 13, 2008. Failure to do so will result in the dismissal of this lawsuit, without further notice.

DATED: **June 11, 2008**

Honorable Edward J. Lodge
U. S. District Judge

ORDER - Page 2